UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUDEN, LLC

    Plaintiff,

    v.

FRANKLIN MARTIN, et al.,

    Defendants.

Case No. 16-cv-02016-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT**

Re: Dkt. No. 9

This order concerns Magistrate Judge Beeler's May 6, 2016 report and recommendation finding that there is no subject matter jurisdiction over this unlawful detainer action and recommending that the case be remanded to the Superior Court of California for the County of Contra Costa. Dkt. No. 9. No objections were filed by the May 20, 2016 deadline or at any time since then, although on June 8, 2016 plaintiff filed a statement of nonopposition. Dkt. No. 12. Having reviewed the report and recommendation, the notice of removal, and other relevant materials, I find that the report and recommendation is thorough, well-reasoned, and correct, and I ADOPT it in whole. This case is REMANDED to state court.

**IT IS SO ORDERED**.

Dated: June 10, 2016

WILLIAM H. ORRICK
United States District Judge